UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JUDY JONES THOMAS | CIVIL ACTION NO. 06-0170 |
| versus | JUDGE HICKS |
| GENERAL MOTORS ACCEPTANCE CORPORATION | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss and Alternatively Motion for More Definite Statement [Doc. No. 7] is **GRANTED**, and Petitioner's complaint is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 17th day of May, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE